IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation No. F3946275/22

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HOWARD FUNK,

    Defendant.

---

### ORDER SETTING CONFERENCE CALL TO SET NEW TRIAL DATE

---

THE COURT, HAVING CONSIDERED the Government's Unopposed Motion to Continue Bench Trial,

**HEREBY ORDERS** THAT COUNSEL FOR THE PARTIES SHALL CONTACT MAGISTRATE WEST at telephone number _257-0542_ on _March 1, 2010_, at _2:30 p_ m. to reset this matter for a bench trial.

DATED this _25th_ day of _February_, 2010.

BY THE COURT:

_/s/ David L. West_
David L. West
United States Magistrate Judge


cc:    Dondi Osborne, Assistant U.S. Attorney
       William Herringer, Counsel for Defendant

4